UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
ZOHAR CDO 2003-1, LTD.; ZOHAR II :
2005-1, LTD.; and ZOHAR III, LTD., :
:
*Plaintiffs*, :
:
v. :
:
PATRIARCH PARTNERS, LLC; :
PATRIARCH PARTNERS VIII, LLC; :
PATRIARCH PARTNERS XIV, LLC; : No. 1:17-cv-00307 (WHP)
PATRIARCH PARTNERS XV, LLC; :
OCTALUNA LLC; OCTALUNA II LLC; :
OCTALUNA III LLC; ARK II CLO 2001-1, :
LLC; ARK INVESTMENT PARTNERS II, :
L.P.; and LYNN TILTON, :
:
*Defendants & Third-* : **NOTICE OF APPEARANCE**
*Party Plaintiffs*, :
:
v. :
:
MBIA INSURANCE CORPORATION; :
MBIA, INC.; ALVAREZ & MARSAL :
ZOHAR MANAGEMENT, LLC; U.S. BANK, :
N.A.; CREDIT VALUE PARTNERS, LP; :
HALCYON CAPITAL MANAGEMENT LP; :
COÖPERATIEVE RABOBANK U.A., and :
VÄRDE PARTNERS, INC., :
:
*Third-Party Defendants*. :
:
---------------------------------------------------------------- X

PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Nicholas P. Crowell, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Third-Party Defendants Credit Value Partners, LP, Halcyon Capital Management LP, Coöperatieve Rabobank U.A., and Varde Partners, Inc. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward

copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
January 12, 2018

Respectfully submitted,

By: /s/ Nicholas P. Crowell
Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile:  (212) 839-5599
Email:  ncrowell@sidley.com

*Attorneys for Third-Party Defendants Credit Value Partners, LP, Halcyon Capital Management LP, Coöperatieve Rabobank U.A., and Varde Partners, Inc.*