UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZOHAR CDO 2003-1, LTD.; ZOHAR II 2005-1, LTD.; and ZOHAR III, LTD.,<br><br>*Plaintiffs and Counterclaim Defendants*,<br><br>v.<br><br>PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LLC; ARK INVESTMENT PARTNERS II, L.P.; and LYNN TILTON,<br><br>*Defendants, Counterclaim Plaintiffs and Third-Party Plaintiffs*,<br><br>v.<br><br>MBIA INSURANCE CORPORATION; MBIA, INC.; ALVAREZ & MARSAL ZOHAR MANAGEMENT, LLC; U.S. BANK, N.A.; CREDIT VALUE PARTNERS, LP; HALCYON CAPITAL MANAGEMENT LP; COÖPERATIEVE RABOBANK U.A.; AND VÄRDE PARTNERS, INC.,<br><br>*Third-Party Defendants*. | Electronically Filed<br><br>Case No. 1:17-cv-00307 (WHP)<br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

     PLEASE TAKE NOTICE that the undersigned appears in this action as attorney of record for Third-Party Defendants MBIA Insurance Corporation and MBIA Inc., and requests that all papers and pleadings be served upon the undersigned.

-2-

Dated:  January 12, 2018
          New York, New York

                                      CADWALADER, WICKERSHAM & TAFT LLP

                                      By: /s/ *Joshua P. Arnold*
                                          Joshua P. Arnold

                                          200 Liberty Street
                                          New York, New York 10281
                                          Telephone:  (212) 504-6000
                                          Facsimile:  (212) 504-6666
                                          joshua.arnold@cwt.com

                                          *Attorney for Third-Party Defendants*
                                          *MBIA Insurance Corporation and MBIA Inc.*