UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZOHAR CDO 2003-1, LTD.; ZOHAR II 2005-1, LTD.; and ZOHAR III, LTD., | Electronically Filed |
| *Plaintiffs and Counterclaim Defendants*, | Case No. 1:17-cv-00307 (WHP) |
| v. | |
| PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LLC; ARK INVESTMENT PARTNERS II, L.P.; and LYNN TILTON, | |
| *Defendants, Counterclaim Plaintiffs and Third-Party Plaintiffs*, | |
| v. | |
| MBIA INSURANCE CORPORATION; MBIA, INC.; ALVAREZ & MARSAL ZOHAR MANAGEMENT, LLC; U.S. BANK, N.A.; CREDIT VALUE PARTNERS, LP; HALCYON CAPITAL MANAGEMENT LP; COÖPERATIEVE RABOBANK U.A.; AND VÄRDE PARTNERS, INC., | |
| *Third-Party Defendants.* | |

**MBIA INSURANCE CORPORATION'S
<u>DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant MBIA Insurance Corporation ("MBIA"), by and through its counsel, hereby discloses that MBIA is a wholly-owned subsidiary of MBIA Inc. MBIA Inc. is a publicly-held corporation whose shares are

-2-

traded on the New York Stock Exchange.  No publicly-held corporation owns more than 10% of the shares of MBIA Inc.  MBIA Insurance Corporation is not a publicly-held corporation.

Dated:  January 12, 2018
New York, New York

        CADWALADER, WICKERSHAM & TAFT LLP

        By: /s/ *Jonathan M. Hoff*
           Jonathan M. Hoff
           Joshua Arnold

           200 Liberty Street
           New York, New York 10281
           Telephone:  (212) 504-6000
           Facsimile:  (212) 504-6666
           jonathan.hoff@cwt.com
           joshua.arnold@cwt.com

           *Attorneys for Defendants*
           *MBIA Insurance Corporation and MBIA Inc.*