UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZOHAR CDO 2003-1, LTD.; ZOHAR II 2005-1, LTD.; and ZOHAR III, LTD., | Electronically Filed |
| *Plaintiffs and Counterclaim Defendants*, | Case No. 1:17-cv-00307 (WHP) |
| v. | |
| PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LLC; ARK INVESTMENT PARTNERS II, L.P.; and LYNN TILTON, | |
| *Defendants, Counterclaim Plaintiffs and Third-Party Plaintiffs*, | |
| v. | |
| MBIA INSURANCE CORPORATION; MBIA, INC.; ALVAREZ & MARSAL ZOHAR MANAGEMENT, LLC; U.S. BANK, N.A.; CREDIT VALUE PARTNERS, LP; HALCYON CAPITAL MANAGEMENT LP; COÖPERATIEVE RABOBANK U.A.; AND VÄRDE PARTNERS, INC., | |
| *Third-Party Defendants.* | |

## MBIA INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant MBIA Inc. ("MBIA"), by and through its counsel, hereby discloses that MBIA is a publicly-held corporation whose shares are traded on the New York Stock Exchange. No publicly-held corporation owns more than 10% of the shares of MBIA Inc.

Dated:  January 12, 2018
         New York, New York

                         CADWALADER, WICKERSHAM & TAFT LLP

                         By: /s/ *Jonathan M. Hoff*
                              Jonathan M. Hoff
                              Joshua Arnold

                              200 Liberty Street
                              New York, New York 10281
                              Telephone:  (212) 504-6000
                              Facsimile:  (212) 504-6666
                              jonathan.hoff@cwt.com
                              joshua.arnold@cwt.com

                              *Attorneys for Defendants*
                              *MBIA Insurance Corporation and MBIA Inc.*