# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

Client: 73958-0000

January 25, 2018

VIA ECF AND HAND DELIVERY

The Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

Re:   Zohar CDO 2003-1, Ltd. et al v. Patriarch Partners, LLC et al
      Case No. 1:17-cv-00307-WHP

Dear Judge Pauley:

I write to respectfully request a brief adjournment of the conference scheduled before Your Honor in the above captioned-matter on February 8, 2018 at 3pm to February 14, 2018. I will be out of New York on firm business on February 8.  This is the first request for an adjournment.  We have conferred with all counsel and the next earliest date we are all available is the following Wednesday, February 14th.

Accordingly, I ask that Your Honor briefly adjourn the February 8 conference to February 14 or to another date later in February on which the Court is available.  As always, I appreciate Your Honor's consideration.

Respectfully,

*/s/ Randy M. Mastro*

Randy M. Mastro

CC: Counsel of record by e-filing

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.