UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
ZOHAR CDO 2003-1, LTD.; ZOHAR II :
2005-1, LTD.; and ZOHAR III, LTD., :
:
*Plaintiffs*, :
:
v. :
:
PATRIARCH PARTNERS, LLC; :
PATRIARCH PARTNERS VIII, LLC; :
PATRIARCH PARTNERS XIV, LLC; : No. 1:17-cv-00307 (WHP)
PATRIARCH PARTNERS XV, LLC; :
OCTALUNA LLC; OCTALUNA II LLC; :
OCTALUNA III LLC; ARK II CLO 2001-1, :
LLC; ARK INVESTMENT PARTNERS II, :
L.P.; and LYNN TILTON, :
:
*Defendants & Third-* : **NOTICE OF APPEARANCE**
*Party Plaintiffs*, :
:
v. :
:
MBIA INSURANCE CORPORATION; :
MBIA, INC.; ALVAREZ & MARSAL :
ZOHAR MANAGEMENT, LLC; U.S. BANK, :
N.A.; CREDIT VALUE PARTNERS, LP; :
HALCYON CAPITAL MANAGEMENT LP; :
COÖPERATIEVE RABOBANK U.A., and :
VÄRDE PARTNERS, INC., :
:
*Third-Party Defendants*. :
:
------------------------------------------------------------ X

PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Brian J. Lohan, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Third-Party Defendants Credit Value Partners, LP, Halcyon Capital Management LP, Cooperatieve Rabobank U.A., and Varde Partners, Inc. The Clerk of

this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
      February 27, 2018

Respectfully submitted,

By: /s/ Brian J. Lohan
    Brian J. Lohan
    SIDLEY AUSTIN LLP
    787 Seventh Avenue
    New York, New York 10019
    Telephone: (212) 839-5300
    Facsimile: (212) 839-5599
    Email: blohan@sidley.com

*Attorneys for Third-Party Defendants Credit Value Partners, LP, Halcyon Capital Management LP, Cooperatieve Rabobank U.A., and Varde Partners, Inc.*

ACTIVE 229611695