UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

ZOHAR CDO 2003-1, LTD., *et al.*,

       *Plaintiffs*,

-against-

PATRIARCH PARTNERS, LLC, *et al.*,

       *Defendants*.

------------------------------------------------

17cv307

OPINION & ORDER

WILLIAM H. PAULEY III, United States District Judge:

The parties having appeared for a pre-motion conference on February 28, 2018, this Court enters the following briefing schedule on consent:

1. Plaintiff Zohar CDO 2003-1, Ltd., et al., and the Third Party Defendants shall file their opposition to Third Party Plaintiff Patriarch Partners, LLC, et al.'s memorandum of law in support of Third-Party Complaint Jurisdiction (ECF No. 117) by March 16, 2018.

2. Patriarch Partners shall file its Reply by March 30, 2018.

3. Plaintiff and Third Party Defendants shall file their Surreply by April 10, 2018.

Absent this Court's determination that oral argument is necessary, the motion shall be resolved on submission.

Dated: February 28, 2018
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.