UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                           :

ZOHAR CDO 2003-1, LTD.; ZOHAR II     :
2005-1, LTD.; and ZOHAR III, LTD.,    :
                           :

          *Plaintiffs &*       :
          *Counterclaim-*    :
          *Defendants,*      :

     v.                     :

PATRIARCH PARTNERS, LLC;      :
PATRIARCH PARTNERS VIII, LLC;   :
PATRIARCH PARTNERS XIV, LLC;   :
PATRIARCH PARTNERS XV, LLC;    :
OCTALUNA LLC; OCTALUNA II LLC;  :  No. 1:17-cv-00307 (WHP)
OCTALUNA III LLC; ARK II CLO 2001-1, :
LLC; ARK INVESTMENT PARTNERS II, :
L.P.; and LYNN TILTON,       :

          *Defendants,*      :  **NOTICE OF COMMENCEMENT OF**
          *Counterclaim-Plaintiffs* :  **CHAPTER 11 CASES AND**
          *& Third-Party Plaintiffs* :  **AUTOMATIC STAY**
                           :

     v.                     :

MBIA INSURANCE CORPORATION;  :
MBIA, INC.; ALVAREZ & MARSAL   :
ZOHAR MANAGEMENT, LLC; U.S. BANK, :
N.A.; CREDIT VALUE PARTNERS, LP,  :
HALCYON CAPITAL MANAGEMENT LP, :
COÖPERATIEVE RABOBANK U.A., AND :
VÄRDE PARTNERS, INC.        :

          *Third-Party Defendants* :
---------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, on March 11, 2018, Zohar III, Corp.; Zohar II 2005-1,

Corp.; Zohar CDO 2003-1, Corp.; Zohar III, Limited; Zohar II 2005-1, Limited; and Zohar CDO

2003-1, Limited (collectively, the "<u>Debtors</u>")[1] filed voluntary petitions (the "<u>Chapter 11 Petitions</u>") for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy Code</u>"), in the United States Bankruptcy Court for the District of Delaware.  The Debtors have requested that all of the Debtors' cases (collectively, the "<u>Chapter 11 Cases</u>") be jointly administered under Case No. 18-10512 (CSS) (Bankr. D. Del.).  Zohar CDO 2003-1, LTD., Zohar II 2005-1, LTD., and Zohar III, LTD. (collectively, the "<u>Zohar Funds</u>"), who are Plaintiffs and Counterclaim Defendants in this action, are Debtors in the Chapter 11 Cases.  The Debtors commenced their bankruptcy proceedings by actions of their respective Boards of Directors, of which Lynn Tilton serves as sole director.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 362 of the Bankruptcy Code, upon the filing of the Chapter 11 Petitions, an injunction was placed into effect which automatically stays, among other things, (i) the commencement or continuation of any judicial, administrative or other action or proceeding against any of the Debtors that was, or could have been, commenced before the filing of the Chapter 11 Petitions (11 U.S.C. §362(a)(1)), and/or (ii) any act to obtain possession of or exercise control over property of the Debtors' estates (11 U.S.C. §362(a)(3)).  Accordingly, the above captioned action is subject to the automatic stay and all proceedings are stayed pending further action of the bankruptcy court, including the briefing currently underway regarding jurisdiction and impleader.

---

[1]  The Debtors and the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

Dated: March 12, 2018            YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

*/s/ Robert S. Brady*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4421)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Proposed Counsel to the Debtors and Debtors in
Possession*

01:22967645.4