UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ZOHAR CDO 2003-1, LTD., *et al.*,

        *Plaintiffs*,

        -against-

PATRIARCH PARTNERS, LLC, *et al.*,

        *Defendants*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

17cv307

ORDER

WILLIAM H. PAULEY III, United States District Judge:

      In view of Zohar CDO 2003-1, Ltd., et al.'s notice of commencement of Chapter 11 cases, and by operation of the automatic stay under 11 U.S.C. § 362, this action is stayed. (ECF No. 126.)  Accordingly, this Court vacates the scheduling order (ECF No. 125) regarding the parties' anticipated motions on jurisdiction and interpleader.

      The parties are directed to provide a joint status report on Zohar's Chapter 11 proceeding within 90 days of this Order.

Dated: March 14, 2018
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.