UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------
ZOHAR CDO 2003-1, LTD., *et al.*,

                Plaintiffs,

        -against-

PATRIARCH PARTNERS, LLC, *et al.*,

                Defendants.
-----------------------------------------------

17cv307

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        Having reviewed the parties' joint status report (ECF No. 130), and on the parties' consent, the parties are directed to appear for a short telephone conference on Tuesday, June 26, 2018, at 11:30 a.m. The parties are directed to call (888) 363 4749, passcode 307580.

Dated: June 21, 2018
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.