UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------
ZOHAR CDO 2003-1, LTD., *et al.*,          :
                                            :   17cv307
               Plaintiffs,  :
                                            :   ORDER
               -against-   :
                                            :
PATRIARCH PARTNERS, LLC, *et al.*,          :
                                            :
               Defendants.  :
------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

       Having appeared for a status conference on June 26, 2018, the parties are directed to submit a joint status report by September 7, 2018 regarding any tolling agreement. On the parties' consent, the parties will appear for a telephonic status conference on September 14, 2018 at 11:00 a.m. The Plaintiffs are directed to circulate conference call information to this Court and the parties prior to the status conference.

Dated: June 26, 2018
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.