AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ZOHAR CDO 2003-1, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-00307 (WHP) |
| Patriarch Parterns LLC, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendants Coop. Rabobank U.A., Credit Value Partners, LP, Halcyon Capital Management LP and Varde Partners, Inc.

Date: 9/5/18

_____
*Attorney's signature*

Jeffrey A. Fuisz
*Printed name and bar number*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019-9710

*Address*

jeffrey.fuisz@arnoldporter.com
*E-mail address*

(212) 836-8317
*Telephone number*

(212) 836-8689
*FAX number*