# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Akiva Shapiro
Direct: +1 212.351.3830
Fax: +1 212.351.6340
AShapiro@gibsondunn.com

October 8, 2021

VIA ECF

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Zohar CDO 2003-I Ltd. v. Patriarch Partners, LLC*, No. 17-cv-00307 (S.D.N.Y.)

Dear Judge Castel:

I write as counsel for Defendants/Counterclaimants/Third-Party Plaintiffs (collectively, "Patriarch") in this action to respectfully request a one-week extension of Patriarch's October 15, 2021, deadline to file a motion for leave to amend its Third-Party Complaint (together with a proposed amended pleading), set by the Court's October 7, 2021 Order. *See* Dkt. 217.

Patriarch is grateful for the opportunity to file a motion for leave. However, in light of the upcoming federal holiday and work commitments in other cases on the part of Patriarch's counsel, Patriarch respectfully requests that the deadline for such a motion be extended until October 22, 2021. U.S. Bank does not oppose the request, and the remaining Third-Party and Counterclaim Defendants have informed us that they take no position on the request.

In addition, I write to inform the Court that Patriarch and U.S. Bank respectfully submit that it would be most efficient if U.S. Bank's deadline to file an Answer with respect to the claims that remain against it be held in abeyance until after any motion for leave to amend is decided. Accordingly, U.S. Bank and Patriarch jointly request that U.S. Bank's answer deadline be adjourned until 21 days after the motion for leave is resolved, or if no such motion is filed, 21 days after the deadline to file has passed.

Respectfully,

*/s/ Akiva Shapiro*

Akiva Shapiro

cc: Counsel of Record

Application GRANTED in its entirety.

SO ORDERED.
Dated: October 8, 2021

*P. Kevin Castel*
United States District Judge