**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Akiva Shapiro
Direct: +1 212.351.3830
Fax: +1 212.351.6340
AShapiro@gibsondunn.com

October 22, 2021

VIA ECF

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Zohar CDO 2003-I Ltd. v. Patriarch Partners, LLC*, No. 17-cv-00307 (S.D.N.Y.)

Dear Judge Castel:

I write as counsel for Defendants/Counterclaimants/Third-Party Plaintiffs (collectively, "Patriarch") in this action. Patriarch is grateful for the permission given it by the Court to seek leave to amend its Third-Party Complaint, and appreciative of the time the Court has given it to do so. Patriarch has used that time to further consider such a motion and has decided not to seek leave to amend.

Respectfully,

*/s/ Akiva Shapiro*

Akiva Shapiro

cc: Counsel of Record