# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

September 21, 2022

VIA ECF

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: *Zohar CDO 2003-I Ltd. v. Patriarch Partners, LLC*, No. 17-cv-00307 (S.D.N.Y.)

Dear Judge Castel:

I write as counsel for Defendants/Counterclaimants/Third-Party Plaintiffs ("Patriarch") in the above-captioned action, and with the consent of Third-Party Defendant U.S. Bank (collectively with Patriarch, the "Parties") to request a stay of all remaining deadlines in the case management plan. The Parties jointly make this request because they have reached an agreement in principle concerning a resolution of the active claims remaining in this action and believe that a stay will facilitate the process of finalizing a settlement agreement and joint stipulation of dismissal, and propose providing an update to the Court in fourteen days. The next court conference in this matter is currently scheduled for November 25, 2022 at 11:00 a.m. Dkt. 229.

As always, we thank the Court for its consideration.

Respectfully,

*/s/ Akiva Shapiro*

Akiva Shapiro

cc: Counsel of Record

> All deadlines are stayed until November 11 in contemplation of settlement. If the action is not settled by then, the parties shall file on or before November 11 a comprehensive schedule to bring the action to trial. he November 25 conference is adjourned to November 28 at 11:00 a.m.
> SO ORDERED.
> Dated: 9/23/2022
>
> *[signature]*
> P. Kevin Castel
> United States District Judge