UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

ZOHAR CDO 2003-1, LTD.; ZOHAR II
2005-1, LTD.; and ZOHAR III, LTD.,

      *Plaintiffs & Counterclaim*
      *Defendants*

    v.

PATRIARCH PARTNERS, LLC;
PATRIARCH PARTNERS VIII, LLC;
PATRIARCH PARTNERS XIV, LLC;
PATRIARCH PARTNERS XV, LLC;
OCTALUNA LLC; OCTALUNA II LLC;
OCTALUNA III LLC; ARK II CLO 2001-1,
LLC; ARK INVESTMENT PARTNERS II,
L.P.; and LYNN TILTON,

      *Defendants, Counterclaimants*
      *& Third-Party Plaintiffs*

    v.

MBIA INSURANCE CORPORATION;
MBIA, INC.; ALVAREZ & MARSAL
ZOHAR MANAGEMENT, LLC; U.S. BANK,
N.A.; CREDIT VALUE PARTNERS, LP,
HALCYON CAPITAL MANAGEMENT LP,
COÖPERATIEVE RABOBANK U.A., and
VÄRDE PARTNERS, INC.

      *Third-Party Defendants*

No. 1:17-cv-00307

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between the undersigned, the attorneys of record for (a) Defendants, Counterclaim Plaintiffs, and Third-Party Plaintiffs Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Octaluna LLC; Octaluna II LLC; Octaluna III LLC; Ark II CLO 2000-1, LLC; Ark Investment Partners II, L.P.; and Lynn Tilton (together, "Patriarch"), and (b) Third-Party Defendant U.S. Bank, N.A.

("U.S. Bank," and collectively with Patriarch, the "Parties"), that the following claims in this action (the "Action") shall be dismissed with prejudice, without costs to any party as against the other:  (1) Count XXI as against U.S. Bank only; (2) Count XXII as against U.S. Bank only; (3) those aspects of Count XVIII as against U.S. Bank that were not previously dismissed by the Court; and (4) those aspects of Count XIX as against U.S. Bank that were not previously dismissed by the Court (collectively, the "Remaining U.S. Bank Counts").

This stipulation is without prejudice to any other claims that have been asserted in the Action.  The Parties hereby expressly reserve all rights in connection with all litigation other than this Action, and with all claims and defenses asserted in the Action other than the Remaining U.S. Bank Counts.  Nothing in this stipulation shall limit or otherwise waive any claims, defenses, or rights the Parties may have as against any other party in any other action.

By: _____

**GIBSON, DUNN & CRUTCHER LLP**

Akiva Shapiro
200 Park Avenue
New York, NY  10166
Tel.: (212) 351-4000
ashapiro@gibsondunn.com

*Attorneys for Patriarch*

Dated: November 14, 2022
   New York, New York

By: _____

**ALSTON & BIRD, LLP**

Alexander S. Lorenzo
90 Park Avenue
New York, NY  10016
Tel.: (212) 210-9400
alexander.lorenzo@alston.com

*Attorneys for U.S. Bank*