UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------

ZOHAR CDO 2003-1, LTD., *et al.*,

        Plaintiffs,

-against-

PATRIARCH PARTNERS, LLC, *et al.*,

        Defendants.

-----------------------------------

17-cv-307(PKC)

ORDER

CASTEL, U.S.D.J.:

        All parties to this action, i.e. plaintiff, defendant, third-party plaintiff, third-party defendant, counterclaimant, or counterclaim-defendant, shall meet and confer on the status of all claims in this action and file a report to the Court by December 21, 2022. The conferral and reporting requirement shall not apply to any party as to whom a stay by operation of section 362 of the Bankruptcy Code applies.

        The status report shall identify all claims that remain pending in this action and report on their status, including those stayed by reason of the Court's Opinion and Order of September 29, 2021. Any claim not so identified will be dismissed with prejudice.

        As to any claim not stayed (1) by reason of the bankruptcy stay; or (2) the Court's Opinion and Order of September 29, 2021, the report to the Court shall identify those actions necessary to bring the claim to conclusion.

1

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
November 28, 2022